IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOYLE VINCENT WYATT, #162067, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv398-TMH |
| | ) | |
| MRS. MARTIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

On June 6, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that plaintiff's complaint is DISMISSED prior to service of process pursuant the provisions of 28 U.S.C. § 1915(e)(2)(B).

Done this the 1st day of August, 2008.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE